United States District Court
Southern District of Texas

**ENTERED**

May 20, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL AJANEL ALVAREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06269 |
| | § | |
| MARTIN L FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On December 29, 2025, this action was referred to United States Magistrate Judge Christina A. Bryan for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #5. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Christina A. Bryan. Doc. #4. This case is before the undersigned.

It is so ORDERED.

5/19/26
Date

The Honorable Alfred H. Bennett
United States District Judge